# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # ____6____

---------------------------------------------------------------

Dana Foster

USCA NO. _____

SDNY NO. __07cv5844__
JUDGE: __DAB__
DATE: __7/23/ 2007__

-v-

Manshell et al

---------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
        FIRM _____APPEALS SECTION_____
    ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
            __500 PEARL STREET, NEW YORK, NEW YORK 10007__
    PHONE NO. _____(212) 805-0636_____

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------

**DOCUMENTS**                                                    **DOC#**

| | |
|---|---|
| Clerk's Certificate | |
| See Attached List of Numbered Documents | |
| Only Circled Documents Included | |

( √ ) Original Record                            (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __23rd__ Day of __July__, 2007.

**United States District Court for the Southern District of New York**

-----------------------------------------------------------

Dana Foster

-V-

Manshell et al

-----------------------------------------------------------

Date: 7/23 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv5844__

D.C. JUDGE __DAB__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**         **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __23rd__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05844-DAB
### Internal Use Only

Foster v. Manshell et al
Assigned to: Judge Deborah A. Batts
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/20/2007
Date Terminated: 06/20/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Dana Foster.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 2 | COMPLAINT against Louis R. Manshell, Sing-Sing Corr. Facility, State of New York. Document filed by Dana Foster.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 |  | Magistrate Judge Douglas F. Eaton is so designated. (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL; Plaintiff's request to proceed in forma pauperis is granted, but plntff's allegations fail to state a claim on which relief may be granted and assert claims against defendants who are immune to suite. Thus, accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) (ii) (iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(B) (ii) (iii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 07/09/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Dana Foster. (tp) (Entered: 07/19/2007) |
| 07/09/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Dana Foster. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07.(tp) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |