UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __10__

---------------------------------------------

*Foster*

-v-

*Monshell*

---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-5844__

JUDGE: __DAB__

DATE: __April 18 2008__

*[Stamp: APR 18 2008]*

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                      **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

*Balance of File already in USCA on previous appeal*

( X ) Original Record                              (____) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __18th__ Day of __April__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------  U.S.C.A. # _____

Foster

-v-

Marshall

------------------------------------------------

U.S.D.C. # 07cv5844

JUDGE: DAB

DATE: April 18, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____           _____
_____           _____
_____           _____BALANCE OF FILE MISSING AT THIS TIME_____
_____           Balance of file already in USCA on previous
_____           _____appeal._____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 18th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05844-DAB
### Internal Use Only

Foster v. Manshell et al
Assigned to: Judge Deborah A. Batts
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/20/2007
Date Terminated: 06/20/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Dana Foster.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 2 | COMPLAINT against Louis R. Manshell, Sing-Sing Corr. Facility, State of New York. Document filed by Dana Foster.(jeh) (Entered: 06/28/2007) |
| 06/20/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL; Plaintiff's request to proceed in forma pauperis is granted, but plntff's allegations fail to state a claim on which relief may be granted and assert claims against defendants who are immune to suite. Thus, accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) (ii) (iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 06/20/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(B) (ii) (iii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Deborah A. Batts on 06/20/2007) (jeh) (Entered: 06/28/2007) |
| 07/09/2007 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by Dana Foster. (tp) (Entered: 07/19/2007) |
| 07/09/2007 | | Appeal Remark as to 5 Notice of Appeal filed by Dana Foster. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07.(tp) (Entered: 07/19/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 07/19/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 07/19/2007) |
| 07/24/2007 | 6 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 5 Notice of Appeal filed by Dana Foster 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) Additional attachment(s) added on 7/31/2007 (Thomas, Dave). (Entered: 07/24/2007) |
| 07/24/2007 | | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for 5 Notice of Appeal filed by Dana Foster were transmitted to the U.S. Court of Appeals on 7/24/2007. (nd) (Entered: 07/24/2007) |
| 11/29/2007 | 7 | MOTION to Amend/Correct filing default and amended complaint. Document filed by Dana Foster.(cd) (Entered: 12/05/2007) |
| 03/11/2008 | 8 | ORDER: Plaintiff's motion for relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b) is denied. So Ordered. (Signed by Judge Kimba M. Wood on 3/11/08) (js) (Entered: 03/12/2008) |
| 04/08/2008 | 9 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Dana Foster. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 04/17/2008) |
| 04/08/2008 | | Appeal Remark as to 9 Notice of Appeal filed by Dana Foster. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07. (tp) (Entered: 04/17/2008) |
| 04/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 9 Notice of Appeal. (tp) (Entered: 04/17/2008) |