07cv5844 (DAB)

# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

DANA FOSTER
GREEN HAVEN CORR. FAC.
P. O. BOX 4000
STORMVILLE, NEW YORK
12582-0010

July 3, 2008

TO: CLERK of the COURT, Catherine O'Hagan wolfe, Esq.
    UNITED STATES COURT of APPEALS
    UNITED STATES COURTHOUSE
    FOLEY SQUARE
    NEW YORK, N Y 10007

Dear Madam:

This letter is to inform this Court, that I, Dana Foster, Petitioner in the action, entitled: **Foster v. Manshell**, Docket #07-3184-pr; DC Docket # 07-cv-5844, Hon.Judge Deborah Batts, no longer wish to continue litigation in this Court, and thus request that the aforementioned action be terminated -- taken off this Court's calendar.
    Suffice it to say, I now believe this action was commenced in the wrong venue.

Respectfully submitted,

Dana Foster
Dana Foster, Petitioner, Pro se.

Withdrawal of appeal granted.

For The Court:
Catherine O'Hagan Wolfe, Clerk

By: _____
Catherine J. Minuse
Supervisory Staff Attorney

JUL 1 1 2008



A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____ DEPUTY CLERK

ISSUED AS MANDATE   AUG 19 2008